UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00262-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADRIAN DELGADO-MONTES,
    a/k/a MARCO ANTONIO DELGADO-CAMPOS

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, August 28, 2006**, and responses shall be filed by **Friday, September 8, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Wednesday, September 20, 2006, at 4:00 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is set to commence **Monday, October 2, 2006, at 9:00 a.m.**

    Dated:  July 28, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge